# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MELISSA ALEXANDER,<br><br>        Plaintiff,<br><br>v.<br><br>ARMSCOR PRECISION INTERNATIONAL, a domestic corporation; DOES I-X; ROE CORPORATIONS I-X,<br><br>        Defendant. | 2:22-cv-00157-RFB-BNW<br><br>**<u>ORDER</u>** |

Before the court is *Melissa Alexander v. Armscor Precision International*, case number 2:22-cv-157-RFB-BNW. The parties were ordered to file a proposed stipulation and order for dismissal on or before July 5, 2022. To date, no proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that a video status conference hearing, is scheduled for 10:00 AM, July 15, 2022, before Judge Cam Ferenbach. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 14, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.

1 • Do not talk over one another.

2 • State your name prior to speaking for the record.

3 • Do not have others in the video screen or moving in the background.

4 • No recording of the hearing.

5 • No forwarding of any video conference invitations.

6 • Unauthorized users on the video conference will be removed.

DATED this 6th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE