MARCUS LEE (Nevada Bar No. 15769)
MARCUS B. SMITH (Nevada Bar No. 12098)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Marcus.Smith@lewisbrisbois.com

*Attorneys for Defendant Armscor Precision International*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER, MELISSA. an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARMSCOR PRECISION INTERNATIONAL, a domestic corporation; DOES I-X; ROE CORPORATIONS I-X.,<br><br>Defendant. | Case No. 2:22-cv-00157-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff MELISSA ALEXANDER ("Plaintiff") and Defendant ARMSCOR PRECISION INTERNATIONAL ("Defendant"), by and through their respective undersigned counsel of record, agree and stipulate to dismiss Plaintiff's claims against Defendant with prejudice.

The parties have fully resolved Plaintiff's claims against Defendant through a mutually agreeable settlement, and, as such, Defendant should be dismissed from this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4873-9558-8653.1

The parties are to bear their own fees and costs associated with this case.

IT IS SO STIPULATED.

| DATED this 4th day of August, 2022. | DATED this 4th day of August, 2022 |
|---|---|
| HKM Employment Attorneys LLP | Lewis Brisbois Bisgaard & Smith LLP |
| By: /s/ *Jenny Foley* <br> Jenny L. Foley, Esq. <br> Nevada Bar No. 9017 <br> HKM EMPLOYMENT ATTORNEYS LLP <br> 101 Convention Center Dr. <br> Suite 600 <br> Las Vegas, NV 89109 <br> *Attorneys for Plaintiff* | By: /s/ *Marcus Lee* <br> Marcus Lee <br> Nevada Bar No. 15769 <br> Marcus B. Smith <br> Nevada Bar No. 12098 <br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Defendant* |

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED:**

Dated this  5th  day of   August   2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 4th day of August, 2022, I electronically filed and served the foregoing **STIPULATION AND ORDER TO DISMISS** with the Clerk of the Court through Case Management/Electronic Filing System.

By  /s/ Krystle Platero
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP